UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TAVIA WAGNER,

    Plaintiff,

v.                                          Case No:   6:25-cv-348-RBD-LHP

CHAWEEWAN RITTICHAI TRUST;
JINTANA BANGPISUTHIKUL
TRUST; and ROYAL THAI CUISINE
INC OF DON,

    Defendants.

---

**ORDER OF DISMISSAL**

This cause is before the Court upon the Joint Notice of Settlement filed on July 16, 2025 (Doc. 19), indicating that this case has settled. Accordingly, it is

**ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3.  The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 17, 2025.

ROY B. DALTON, JR.
United States District Judge